UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------x

J & J SPORTS PRODUCTIONS, INC.,

      Plaintiff,

-against-

BLEACHERS 67 INC. d/b/a BLEACHERS 67 and ALEX SANTIAGO,

      Defendants.

------------------------------------------------------------x

ORDER

17-CV-3380 (NG) (CLP)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 0 2 2018 ★
BROOKLYN OFFICE

GERSHON, United States District Judge:

By Order dated December 14, 2017, the court referred to Magistrate Judge Cheryl L. Pollak plaintiff J & J Sports Production, Inc.'s motion for default judgment against defendant Alex Santiago. Claims against Bleachers 67 Inc. were previously dismissed by stipulation. On March 2, 2018, Judge Pollak issued a Report and Recommendation recommending that plaintiff's motion be denied, the claims against Mr. Santiago be dismissed, and the case ordered closed. Plaintiff has filed objections. I have carefully reviewed those objections.

I adopt Judge Pollack's recommendation that plaintiff's motion be DENIED because the Complaint fails to state a claim against Mr. Santiago. Plaintiff is granted leave to file an Amended Complaint on or before May 31, 2018. If plaintiff fails to do so, the claims against Mr. Santiago will be dismissed and the case closed.

      SO ORDERED.

      /s/ Nina Gershon
      NINA GERSHON
      United States District Judge

Dated: May 2, 2018
      Brooklyn, New York